[No. 14488-7-III.    Division Three.    February 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT L.E., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 93-1-00293-1, Kenneth L. Jorgensen, J., entered October 31, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 14853-0-III.    Division Three.    February 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN DAVID BARTLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01531-2, Robert D. Austin, J., entered April 20, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Munson, J. Pro Tem.

[No. 14885-8-III.    Division Three.    February 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST JOSEPH COTTRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 94-1-00112-9, Larry M. Kristianson, J., entered April 12, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.